UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26CR105 JNE/JFD

UNITED STATES OF AMERICA,

**INDICTMENT**

Plaintiff,

18 U.S.C. § 2252A(a)(2) & (b)(1)

v.

18 U.S.C. § 2252A(a)(5)(B) & (b)(2)

RICKY A. McALLISTER,

Defendant.

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Receipt of Child Pornography)

On or about March 28, 2022, in the State and District of Minnesota and elsewhere, the

defendant,

## RICKY A. McALLISTER,

attempt to and did knowingly receive child pornography and material containing child

pornography, as defined in 18 U.S.C. § 2256(8), using any means and facility of interstate and

foreign commerce, and that had been shipped and transported in and affecting interstate and

foreign commerce by any means, including by computer, all in violation of Title 18, United States

Code, Section 2252A(a)(2) and (b)(1).

## COUNT 2
### (Possession of Child Pornography)

On or about June 12, 2025, in the State and District of Minnesota, the defendant,

## RICKY A. McALLISTER,

attempted to and did knowingly possess any material that contained an image of child pornography

that has been mailed, and shipped or transported using any means and facility of interstate and

foreign commerce and in and affecting interstate and foreign commerce by any means, including

SCANNED
MAY 20 2026
U.S. DISTRICT COURT MPLS

*United States v. McAllister*

by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction of child pornography involved in the offense involved a prepubescent minor and a minor who had not attained 12 years of age, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

If convicted of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant, **RICKY A. McALLISTER**, shall forfeit to the United States pursuant to Tile 18, United States Code, Section 2253(a):

(1)     any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(2)     any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from the offenses; and

(3)     any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to the following property:

(a)     One 64GB EMTEC Green USB drive;

(b)     One Hitachi internal HDD model number HDS723020BLA642, serial number MN1240F33P9S7D.

*United States v. McAllister*

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____                    _____
UNITED STATES ATTORNEY                          FOREPERSON